189 So. 775

### MORGAN COUNTY v. J. J. MONEY.

8 Div. 988.

Supreme Court of Alabama.

June 8, 1939.

Harris & Harris, of Decatur, for petitioner.

S. A. Lynne, of Decatur, opposed.

KNIGHT, Justice.

Petition of Morgan County for writ of certiorari to review and revise the opinion and judgment of the Court of Appeals in the case of Morgan County v. J. J. Money, 189 So. 773.

We are not impressed that the Court of Appeals by its judgment has misapplied the law to the facts as found by it, and the writ prayed for will be, and is denied.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.